### RESOLUTION BY THE OWNER(S) OF ALL ABOUT YOU HOME HEALTH CARE, LLC

**WHEREAS**, the company is insolvent and unable to pay its debts when due, and

**WHEREAS**, the company, its creditors, and all interested parties would be best served by liquidation of the company under chapter 7 of the United States Bankruptcy Code, and

**WHEREAS**, it is necessary for the company to engage counsel to advise the company of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

**NOW, THEREFORE, BE IT RESOLVED** that Julian McCrea, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the company in bankruptcy proceedings, and

**BE IT FURTHER RESOLVED** that Julian McCrea, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the company's obligations under the Bankruptcy Code.



All About You Home Health Care, LLC
OFFICIAL SEAL

*I, Julian McCrea, Principal of All About You Home Health Care, LLC, do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the member(s) of the company by unanimous consent on this date, that the resolution is now in full force and effect, and that the member(s) did and do have the authority to adopt the resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the company on this 25th day of November, 2025.*

_____
Julian McCrea (Nov 25, 2025 10:46:32 EST)

Julian McCrea
Principal