# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    All About You Home Health Care, LLC,

                              Debtor.

Case No. 25-14809

Chapter 7

### Rule 7007.1 Statement About Corporate Ownership

      **AND NOW**, Pursuant to Fed. R. Bankr. P. 7007.1 and to enable the court to evaluate possible disqualification or recusal, the undersigned counsel for the debtor in the above captioned action certifies there are no entities to report under Rule 7007.1.

Date: November 25, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com